# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KALLI PRENDERGAST,

       Plaintiff,

 v.

CITY OF RENO, NEVADA, *et al.*,

       Defendants.

3:24-cv-00491-MMD-CSD

**ORDER**

Re: ECF No. 52

Before the court is Plaintiff's Motion for Settlement Conference (ECF No. 52). Defendants have opposed the motion. (ECF Nos. 53, 55.)

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Settlement Conference (ECF No. 52) is **DENIED** without prejudice. Plaintiff may renew the motion once the dispositive motions have been decided by the court.

DATED: April 3, 2026.



Craig S. Denney
United States Magistrate Judge